UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BEAVER,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>WELLS FARGO BANK et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C24-00442-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff filed a motion for summary judgment (Dkt. No. 6) that will be ripe on September 11, 2024. Defendant filed an opposition requesting that Plaintiff's motion be denied without prejudice, or stayed pending resolution of the motion to dismiss. Dkt. No. 14. The Court now clarifies that despite modifications to the docket on September 4, 2024, Defendant's opposition was properly filed in response to Plaintiff's motion (Dkt. No. 6). Plaintiff's deadline to file a reply brief in support of Plaintiff's motion for summary judgment is September 11, 2024.

Dated this 10th day of September, 2024.

　　　　　　　　　　　　　　　　　　　<u>Ravi Subramanian</u>
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　<u>/s/ Serge Bodnarchuk</u>
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1